[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-13881
Non-Argument Calendar
_____

D.C. Docket No. 6:11-cr-00023-JA-KRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

EUGENE PONCE DE LEON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____
(October 29, 2012)

Before BARKETT, MARCUS and PRYOR, Circuit Judges

PER CURIAM:

Stephen Langs, appointed counsel for Eugene Ponce de Leon in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals

that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ponce de Leon's conviction and sentence, in the present case, imposed by the district court on August 12, 2012, are **AFFIRMED**.[1]

---

[1] Although Ponce de Leon was also sentenced by the district court in a separate supervised release revocation proceeding the same day, he did not appeal that ruling.